PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Ventura and Deputy Robert Rawston

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., a minor, by and through his guardian *ad litem*, CARLOS MAGALLON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE COUNTY OF VENTURA; a public entity; DEPUTY ROBERT RAWSTON; an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 17-6038-GW(SKx)<br><br>Honorable George H. Wu<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)]<br><br>[*Stipulation lodged concurrently herewith*] |

//
//
//
//
//

1

1 | Pursuant to the stipulation by and between Plaintiff Carlos Magallon ("Plaintiff") and Defendants County of Ventura and Deputy Robert Rawson (collectively "Defendants"), through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: August 1, 2018

_____
Honorable George H. Wu
United States District Judge